# UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 25, 2004

Office of the Clerk
U.S. District Court
John Joseph Moakley Courthouse
1Courthouse Way
Suite 2300
Boston, MA 02210

Case Name:    US-v-Detrick Washington
Case Number:  3-04-30107 MAG
Charges:      21:846, 841(a)(1) and 841(b)(1)(A) and 18:2: Conspiracy to distribute and
              to possess with intent to distribute methamphetamine; Possession with
              intent to distribute methamphetamine; aiding and abetting.

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge  Maria Elena James.  The following action has been taken:

    **(X)**    **The U.S. Marshal has been ordered to remove this defendant
             to your district forthwith.**
    ()    The defendant has a court appearance in your court on:

Enclosed are the following documents:
**original Rule 40 affidavit**
**original minute orders**
**CJA 20 Appointment of Counsel formCJA 23 Financial Declaration**
**certified copy of *AO 94, Commitment to Another District***

Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:  Ken Wood
Case Systems Administrator

Enclosures
cc: Financial Office