UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

July 20, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 20, 2004 through September 10, 2004,

that being the period between the Initial/Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated April 15, 2004, May 26, 2004, June 9, 2004 and this order, at the time of the Interim Status Conference on September 10, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                      / s / Judith Gail Dein
                                      JUDITH GAIL DEIN
                                      United States Magistrate Judge