UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

September 13, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

September 10, 2004 through November 4, 2004

that being the period between the originally scheduled Interim Status Conference and

the next Status Conference.

Based upon the prior orders of the court dated April 15, 2004, May 26, 2004,

June 9, 2004, July 20, 2004 and this order, at the time of the Interim Status Conference

on November 4, 2004, there will be zero (0) days of non-excludable time under the

Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which

this case must be tried.

_____/ s / Judith Gail Dein_____
JUDITH GAIL DEIN
United States Magistrate Judge