UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

November 3, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for November 4, 2004. The government, with the assent of the defendants, has requested a continuance in order to complete testing of the drugs involved in this case, and to assemble the defendant Detrick Washington's criminal history. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 4, 2004 - January 4, 2005

that being the time between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for January 4, 2005 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of**

**business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge