UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 04-10084-JLT** |
| **v.** ) | |
| ) | |
| **DETRICK WASHINGTON** ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney William D. Weinreb, hereby notifies the defendant, DETRICK WASHINGTON, that the government will rely on the following prior felony drug conviction as the basis for a sentencing enhancement with respect to Counts One and Two of the Indictment: the defendant's 2000 conviction in California Superior Court, M.C. No. 1943526, S.C. No. 180246, for Possession of a Controlled Substance for Sale.

As a result of this prior conviction, the defendant is subject to the enhanced penalties set forth in 21 U.S.C. § 841(b)(1)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney

Case 1:04-cr-10084-JLT    Document 31    Filed 12/23/2004    Page 2 of 2