UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

## FURTHER ORDER ON EXCLUDABLE TIME

January 4, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

January 4, 2005 through March 4, 2005

that being the period between the Interim Status Conference and the Final Status

Conference.

Based upon the prior orders of the court dated April 15, 2004, May 26, 2004,

June 9, 2004, July 20, 2004, September 13, 2004, November 3, 2004 and this order, at

the time of the Final Status Conference on March 4, 2005, there will be zero (0) days of

non-excludable time under the Speedy Trial Act and seventy (70) days will remain

under the Speedy Trial Act in which this case must be tried.

_____ / s / Judith Gail Dein _____

JUDITH GAIL DEIN
United States Magistrate Judge