UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-10084 JLT |
| ) | |
| SCOTT HOLYOKE    ) | |
| ) | |

JOINT ASSENTED-TO MOTION FOR CONTINUANCE OF STATUS DATE

Defendants Scott Holyoke and Detrick Washington, through counsel, hereby request that the status date scheduled for Friday, March 4, at 9:45 a.m., be rescheduled for a date the week of April 25. Counsel so request because first, the defendants wish to have the methamphetamine in this case retested for purity, and the expert who has been retained by defendant Holyoke to retest the drugs, Harvey Cohen, Ph.D., has informed counsel that he will not be able to complete the testing before April. In addition, counsel for defendant Waters requests additional time so that Mr. Waters may investigate whether a prior conviction in California which greatly increases his potential sentence in this case can be vacated.

The Assistant United States Attorney assigned to this case, Cynthia Lie, has no objection to this request. The government and defendants request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

| | |
|---|---|
| DETRICK WASHINGTON<br>By his attorney, | SCOTT HOLYOKE<br>By his attorney, |
| /s/   Keith Halpern | /s/ Page Kelley |
| Keith Halpern<br>4 Longfellow Place, Suite 3704<br>Boston, MA 02114<br>Tel. 617-722-9952 | Page Kelley<br>   B.B.O. #548237<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |