```
DETRICK WASHINGTON                                    CRM CASE NO.
Fed. 93433-011                                        04-10084-JCT
Dedham Co. Jail
200 West St.
Dedham, MA 02027
```

May 28, 2005

Pro Se Clerk
U.S. DISTRICT COURT
One Courthouse Way, Suite 2300
BOSTON, MA 02210

RE: USA VS. Detrick Washington

To Whom It May Concern:

For the purposes of this letter please consider this contact a pro-se motion for Judge Tauro's court. Please address, if you would, the following issues:

1) With this contact I would like to dismiss my court-appointed attorney, Keith S. Halpern. In over a year I've had only one contact with him. In the 1st 5 minutes of our first meeting he advised me to plead guilty to a crime I did not commit. I <u>need</u> new counsel.

2) Please advise me how to obtain a C.J.A. Attorney - and supply me with the *in forma pauperis* form I need to do so.

3) I'm not sure what that status of my case is at present - but I would like all progress to halt until I have a new attorney appointed - preferably a C.J.A. counselor.

I sincerely thank you for your time and help.

*[signature: Detrick Washington]*
Detrick Washington