DETRICK WASHINGTON
Norfolk County Correctional Facility
P.O. Box 149
Dedham, MA 02027

CRM CASE NO.
04-10084-JLT

June 8, 2005

Pro Se Clerk
U.S. DISTRICT COURT
One Courthouse Way, Suite 2300
BOSTON, MA 02210

RE: USA VS. Detrick Washington

To Whom It May Concern:

I've recently submitted a pro se motion to Judge Tauro's court to have my court-appointed attorney, Keith S. Halpern, dismissed. I would like to withdraw the motion. I'm extremely sorry if I've inconvenienced the court in any way. I sincerely thank you for all your time and help.

*Detrick Washington*
Detrick Washington