UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10084-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DETRICK WASHINGTON | ) |

**DEFENDANT'S MOTION FOR DISCOVERY/ DISCLOSURE
RE MARGIN OF ERROR IN DRUG ANALYSIS**

Defendant Detrick Washington hereby moves for an order directing the Government to provide the Defendant with any and all documents that identify the margin of error in testing done to determine the strength of methamphetamine as reflected in the attached report. To the extent that no such documentation exists, the Defendant seeks a statement from the Government disclosing the margin of error.

The attached report states that the sample was 80% pure. A more detailed lab report provides a purity calculation of 80.063%. The threshold for "Ice" under the Guidelines is 80%.

Detrick Washington
By his Attorney,

_____
Keith S. Halpern
BBO #545282
4 Longfellow Place, 37th Floor
Boston, MA 02114
(617) 722-9952

Certificate of Service
I hereby certify that I have this date served the above by causing a true copy thereof to be delivered by hand to all counsel of record.

Dated:_____

_____
Keith S. Halpern