```
                 THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
)
        V. )CRIMINAL NO. 04-10084-JLT
)
**BRIAN WATERS, et al.** )
)
    **Defendant** )

## MOTION FOR CONTINUANCE

The parties hereto jointly move for a continuance of the final status conference scheduled for October 6, 2005. As grounds therefor, the parties note that counsel for defendant Washington is scheduled to be in trial in state court during throughout this week. Accordingly, all parties assert that a brief delay, until a date in the final week of October, is in the interests of justice in order to ensure that counsel have conferred on all appropriate matters prior to return of this case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By: /s/  Nancy Rue
                              NANCY RUE
                              Assistant U.S. Attorney

Dated: October 2, 2005