UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

**FURTHER ORDER ON EXCLUDABLE TIME**

October 3, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for October 6, 2005.

The parties have jointly requested a continuance due to scheduling conflicts.  In

accordance with the agreement of the parties, this court orders the following period of

time excludable from the time period within which trial must commence:

October 6, 2005 - October 28, 2005

that being the time between the Final Status Conference as originally scheduled and

the Conference as rescheduled.

**The Final Status Conference has been rescheduled for October 28, 2005 at**

**10:30 a.m.  Counsel for the respective parties shall file a Joint Memorandum**

**addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of**

**business no less than THREE business days prior to that Status Conference.  In**

**addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining

under the Speedy Trial Act before trial must commence.


                    / s / Judith Gail Dein
                    JUDITH GAIL DEIN
                    United States Magistrate Judge