UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO.: 04-10084-JLT
     v.                     )
                            )
WASHINGTON, et al.          )


### MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States of America and the defendants hereby submit a memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through Local Rule 116.5(C)(9) in anticipation of the status conference currently scheduled for October 28, 2005.

**Local Rule 116.5(C)(1)**

There are no outstanding discovery issues that have not been presented to or resolved by the Court.

**Local Rule 116.5(C)(2)**

At this time, no party anticipates that additional discovery will be provided, other than as required by Local Rule 116.2(B)(2).  Notwithstanding that no additional discovery is anticipated, the parties recognize their duty to supplement if additional discoverable items are located.  No party anticipates that it will present expert testimony.  However, should the parties be unable to stipulate as to the chemical analysis of the substances seized in this case, the government will provide such information as to its chemist as is required under Fed. R. Crim. P. 16(a)(1)(E) no later than one week before trial.

**Local Rule 116.5(C)(3)**

Neither defendant intends to raise a defense of insanity or public authority.

**Local Rule 116.5(C)(4)**

The government has not requested that the defendant provide notice of alibi.

**Local Rule 116.5(C)(5)**

No defendant has filed any motions to sever or dismiss or suppress.  At this time, no defendant anticipates filing any other motion that will require a ruling from the District Court before trial.

**Local Rule 116.5(C)(6)**

Defendant Holyoke requests that the Court schedule a hearing to determine whether defendant Holyoke can be transferred to a drug treatment program.

**Local Rule 116.5(C)(7)**

The parties have discussed the possibility of an early resolution of the case without trial.  It is expected that both defendants will plead to the charges.

**Local Rule 116.5(C)(8)**

As of September 13, 2004, the Court concluded in Docket 27 that no days had accrued toward the Speedy Trial calculation and that seventy days remained in which to try the case.  Since that date, all time has been excluded.  The parties respectfully request that the Court exclude the time from October 28, 2005

until November 18, 2005 in order to allow the parties to confer prior to the initial conference in with the District Judge.

**Local Rule 116.5(C)(9)**

In the event that this case proceeds to trial, the parties estimate that the trial would not last longer than five days.

**Other Matters**

None.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/Nancy Rue
>Nancy Rue
>Assistant U.S. Attorney

/s/NBR for KH by email auth.   /s/NBR for PK by tel.auth.
KEITH HALPERN, ESQ.            PAGE KELLEY, ESQ.
Counsel to Detrick Washington  Counsel to Scott Holyoke

Dated: November 1, 2005