UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE
DETRICK WASHINGTON

**FINAL STATUS REPORT**

October 28, 2005

DEIN, M.J.

A Final Status Conference was scheduled to be held before this court on October 28, 2005, pursuant to the provisions of Local Rule 116.5(C), but the parties elected to proceed by way of a joint "Memorandum Pursuant to Local Rule 116.5(C)." Based on that memorandum, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is still too early to determine whether a trial will be necessary, although it appears that a trial is unlikely.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants do not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated April 15, 2004, May 26, 2004, June 9, 2004, July 20, 2004, September 13, 2004, November 3, 2004, January 4, 2005, March 2, 2005, April 26, 2005, June 30, 2005, August 11, 2005, October 3, 2005 and an order entered on this date, as of November 18, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the

Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period of October 28, 2005 through November 18, 2005 to allow the parties time to continue their negotiations.

6. It is estimated that if the case goes to trial, the trial will last approximately one week.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge