UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10084-JLT |
| v. ) | |
| ) | |
| DETRICK WASHINGTON ) | |

### Assented to Motion to Exclude Time

The United States of America hereby moves to exclude time under the Speedy Trial clock, from November 18, 2005 through February 13, 2006, and from February 13, 2006 through January 5, 2007.

In support of this motion, the government asserts the following:

1. The government and counsel for defendant Washington have conferred regarding a plea in this case;

2. The government and defendant appeared at a status conference on February 13, 2006, and counsel indicated that more time for discussions was appropriate;

3. It was understood by the government and defendant Washington at such conference that the time would be excluded from the last time noted on the docket, November 18, 2005, through the date of that conference.  However, no order excluding time was entered.

4. The Court scheduled a further status conference on April 18, 2006, which was cancelled because of a scheduling conflict. Counsel for defendant Washington and the government have

continued to confer, and counsel for Washington agrees that it is in the best interest of the defendant to continue to confer, with regard to whether this case may be transferred pursuant to Federal Rule of Criminal Procedure 20.

In order that the parties may confer as to the possible terms of transfer of this case, the government respectfully moves this Court for exclusion of time under 18 U.S.C. § 3161(h)(8). The government respectfully submits that the ends of justice are served by this exclusion and that justice here outweighs the interest of the defendant and the public in a speedy trial.

The government also asserts that an exclusion is appropriate under 18 U.S.C. § 3161(h)(7) because the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                           By:   /s/Nancy Rue
                                Nancy Rue
                                Assistant U.S. Attorney

Dated: November 22, 2006