```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )    CRIMINAL NO.: 04-10084-JLT
      v.                       )
                               )
DETRICK WASHINGTON             )
```

### Assented to Motion to Exclude Time

The United States of America hereby moves to exclude time under the Speedy Trial clock, from January 6, 2007 through and including June 15, 2007.

In support of this motion, the government asserts the following:

1. The government and counsel for defendant Washington have conferred regarding a plea in this case;

2. The government and defendant have previously moved for exclusion of time through January 5, 2007;

3. The government and defendant wish to have the Court exclude the additional time in order that they may confer on whether to transfer this case, or whether a plea in this district is possible.

4. The government anticipates substituting counsel in the near future.

In order that the parties may confer, the government respectfully moves this Court for exclusion of time under 18 U.S.C. § 3161(h)(8). The government respectfully submits that the ends of justice are served by this exclusion and that justice

here outweighs the interest of the defendant and the public in a speedy trial.

The government also asserts that an exclusion is appropriate under 18 U.S.C. § 3161(h)(7) because the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                  By:   /s/Nancy Rue
                                          Nancy Rue
                                          Assistant U.S. Attorney

Dated: April 27, 2007