```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )   Criminal No. 04-10084-JLT
                            )
BRIAN WATERS, et al.        )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ Sandra S. Bower
                         SANDRA S. BOWER
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3184
```

Dated: June 29, 2007

<u>CERTIFICATE OF SERVICE</u>

    I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                      /s/: *Sandra S. Bower*
                                      SANDRA S. BOWER
                                      Assistant U.S. Attorney

Dated: June 29, 2007