UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10084-JLT |
| | ) | |
| | ) | |
| DETRICK WASHINGTON, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE DELAY
FOR THE PERIOD JUNE 15 to OCTOBER 1, 2007**

The United States of America respectfully files this assented-to motion requesting the Court to exclude the period of June 15, 2007, to October 1, 2007, under the Speedy Trial Act and states the following in support of this request:

1) The government and counsel for Defendant Washington continue to confer regarding the disposition of this case short of trial.

2) The parties have previously moved for exclusion of time through June 15, 2007. That motion is still pending.

3) The parties believe they will be able to resolve this matter without trial if given additional time to confer. Exclusion is appropriate under 18 U.S.C. §3161(h)(8) in that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

4) Additionally, exclusion of the time is appropriate under 18 U.S.C. §3161(h)(7) because the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted.

WHEREFORE, the government respectfully requests that the Court allow this motion and order that the period from June 15, 2007, through October 1, 2007, be excluded under the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Sandra S. Bower
    Assistant U.S. Attorney

Dated: August 9, 2007

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2007.