UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10084-JLT |
| ) | |
| ) | |
| DETRICK WASHINGTON, ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY FOR THE PERIOD OCTOBER 1, 2007 TO MARCH 4, 2008

The United States of America respectfully files this assented-to motion requesting the Court to exclude the period of October 1, 2007, to March 4, 2008, under the Speedy Trial Act and states the following in support of this request:

1) The government and counsel for Defendant Washington continue to confer regarding the disposition of this case short of trial.

2) The parties have previously moved for exclusion of time through October 1, 2007. Those motions are still pending.

3) The parties believe they will be able to resolve this matter without trial if given additional time to confer. Exclusion is appropriate under 18 U.S.C. §3161(h)(8) in that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

4) Additionally, exclusion of the time is appropriate under 18 U.S.C. §3161(h)(7) because the defendant has been joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted. That co-defendant–Brian Waters–pleaded guilty before this Court on February 4, 2008.

5) The Court has scheduled a status conference in this case for March 4, 2008, at which time the parties anticipate that they will be ready to resolve this matter.

WHEREFORE, the government respectfully requests that the Court allow this motion.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/ Sandra S. Bower
> Assistant U.S. Attorney

Dated: February 6, 2008

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2008.