UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10084-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| <u>DETRICK WASHINGTON</u> | ) |

**DEFENDANT'S MOTION TO CONTINUE DATE OF SENTENCING AND DATE FOR SUBMISSION OF OBJECTIONS TO PRESENTENCE REPORT**
(ASSENTED TO BY GOVERNMENT)

Defendant Detrick Washington hereby moves the Court to continue the date of his sentencing, now scheduled for June 12, 2008, and to continue the date by which he must submit objections to the Presentence Report. Defense counsel received the Presentence Report on May 7, 2008. Defendant is requesting a delay of at least 30 days for each date, so that sentencing would be no earlier than July 12, 2008, and the date for submission of objections would be no earlier than June 23, 2008. This motion is assented to by the Government and is not opposed by Probation. As grounds therefore, defendant states:

Defense counsel anticipates submission of a number of objections to the Presentence Report, including issues relating to drug quantity calculation, criminal history and an enhancement for gun possession. The preparation of these objections will be time consuming and will involve a good deal of research. Putting aside counsel's schedule, discussed below, 14 days is not an adequate time period to prepare objections.

The stakes here are enormous. Probation has calculated a Guideline range of 360 months to life.

Counsel is not able to spend any time on this matter until, at the earliest, May 27, 2008. Counsel is scheduled for a four day, full-days arbitration in a medical malpractice case starting

on May 13th. On May 19th counsel is starting a rape trial in Middlesex Superior Court that also is scheduled for full days the entire week. Counsel's expectation is that the earliest this trial will be completed is May 23rd.

The defendant waives any applicable rights to time limitations.

                                      Detrick Washington
                                      By his Attorney,

                                      /s/Keith Halpern

                                      Keith Halpern
                                      BBO #545282
                                      4 Longfellow Place, 37th Floor
                                      Boston, MA 02114
                                      (617) 722-9952