UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10084-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DETRICK WASHINGTON | ) |

**DEFENDANT'S MOTION TO CONTINUE DATE OF SENTENCING**
ASSENTED TO BY GOVERNMENT

Defendant Detrick Washington hereby moves the Court to continue the date of his sentencing, now scheduled for August 7, 2008. Defense counsel will be on vacation the week of August 4 – 8. Counsel calendared the sentencing date incorrectly after it was recently changed. Counsel and the Government are both available on the following dates in August: 12, 13 (morning), 14, 15, and 25 – 29. The Government assents to this motion.

The defendant waives any applicable rights to time limitations.

Detrick Washington
By his Attorney,

/s/Keith Halpern

Keith Halpern
BBO #545282
4 Longfellow Place, 37th Floor
Boston, MA 02114
(617) 722-9952